IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

APRIL MOORE PLAINTIFF

v. Case No. 1:25-cv-01092

COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION DEFENDANT

**ORDER**

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. ECF No. 18. Pursuant to 42 U.S.C. § 405(g), Plaintiff seeks judicial review of the Commissioner of the Social Security Administration's final decision denying her application for Disability Insurance Benefits ("DIB") and Supplemental Security Income ("SSI") under Titles II and XVI of the Act. ECF No. 2. Judge Singleton recommended that the Commissioner's final decision denying Plaintiff benefits be affirmed because it is supported by substantial evidence.

Plaintiff has not objected to the R&R, and the time to do so has passed. See 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Singleton's reasoning is sound, the Court adopts the R&R (ECF No. 18) in its entirety. Accordingly, the final administrative decision denying benefits to Plaintiff is hereby **AFFIRMED**. Plaintiffs Complaint (ECF No. 2) seeking review of such decision is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 22nd day of October, 2026.

/s/ John Thomas Shepherd
John Thomas Shepherd
United States District Judge